# AFFIDAVIT OF
# RETURN OF SERVICE

**US DISTRICT COURT**

**CASE #4:26-CV-00134-SMR-RCA**

**SOUTHERN DISTRICT
OF IOWA**

**CASE NAME:**          **DERRICK CURRY, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED**

**VS**

**CONSUMER SAFETY TECHNOLOGY, LLC. D/B/A
INTOXALOCK**

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the
**SUMMONS IN A CIVIL ACTION; COMPLAINT-CLASS ACTION; JURY TRIAL DEMANDED**

Received on the 26 day of March 2026; served on the 27 day of Mach 2026 at 1:33pm

I served the same on the within name Consumer Safety Technology, LLC dba Intoxalock
At 505 5th Ave. Suite 729, **DES MOINES, IOWA**

by delivering a true and identical copy of each such item in the following manner:

_____        I served the same by delivering a copy thereof to the above personally.

_____        I served the same on the above person at the person's dwelling house or usual place
of abode, by there delivering a copy thereof to a member of the family, or a manager,
clerk, proprietor or custodian named and described below, a person who was then at
least eighteen years old, who resides at this address.

  X        I served to above company, corporation, etc., by delivering a copy to the person
_____    named and described below.  Said service was made at the address shown below, if
any otherwise at the above address.

| Service Fee | _____ | Located at | _____ |
|---|---|---|---|
| Mileage | _____ | Remarks | c/o Corporation Service Company, Registered Agent Served Morgan Williams |
| Service Charge | _____ | | _____ |

Total Charges:  $50.00

By: _____
    C Miller Investigations, Inc.

Subscribed and sworn to before by the said Anthony Betzer
In Polk County, Iowa on this the 30 day of March 2026

By: _____
    Notary Public for the State of Iowa



**DONNA C. RAY**
Commission Number 781706
My Commission Expires
December 6, 2028