# AFFIDAVIT OF
# RETURN OF SERVICE

**US DISTRICT COURT**                                                          **CASE #4:26-CV-00134-SMR-RCA**

**SOUTHERN DISTRICT
OF IOWA**

**CASE NAME:**                                        **JERMAINE PEALS**

**VS**

**CONSUMER SAFETY TECHNOLOGY, LLC. D/B/A
INTOXALOCK**

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the
**SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; JURY TRIAL DEMANDED**

Received on the 7 day of April 2026; served on the 8 day of April 2026 at 9:28am

I served the same on the within name Consumer Safety Technology, LLC dba Intoxalock
At 505 5th Ave. Suite 729, **DES MOINES, IOWA**

by delivering a true and identical copy of each such item in the following manner:

_____      I served the same by delivering a copy thereof to the above personally.

_____      I served the same on the above person at the person's dwelling house or usual place
             of abode, by there delivering a copy thereof to a member of the family, or a manager,
             clerk, proprietor or custodian named and described below, a person who was then at
             least eighteen years old, who resides at this address.

X            I served to above company, corporation, etc., by delivering a copy to the person
             named and described below.  Said service was made at the address shown below, if
             any otherwise at the above address.

Service Fee  _____         Located at

Mileage      _____         Remarks    c/o Corporation Service Company,
                                                 Registered Agent
                                                 Served Morgan Williams
Service Charge _____

Total Charges:  $50.00                           By: _____
                                                      C Miller Investigations, Inc.

Subscribed and sworn to before by the said Anthony Betzer
In Polk County, Iowa on this the 8 day of April 2026       By: _____
                                                              Notary Public for the State of Iowa

**DONNA C. RAY**
Commission Number 781706
My Commission Expires
December 6, 2028