**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| DERRICK CURRY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK,<br><br>Defendant, | Case No: 4:26-cv-00134-SMR-HCA |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK**

COMES NOW William J. Miller of Dorsey & Whitney LLP and hereby enters his appearance on behalf of Defendant, CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK ("Intoxalock") in the above-captioned matter.

Dated: <u>April 17, 2026</u>

/s/ William J. Miller
William J. Miller (AT0005414)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 864-0330
E-mail: miller.william@dorsey.com

Dennis N. Lueck, Jr. (*pro hac vice* forthcoming)
MULLEN COUGHLIN LLC
3065 Center Green Drive, 2nd floor
Boulder, CO 80301
Tel: (267) 930-4679
E-mail: dlueck@mullen.law

***Attorneys for Defendant*, Consumer Safety Technology, LLC d/b/a Intoxalock**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 17, 2026 the foregoing instrument was served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings:

By:    Electronic Filing and/or

|  | U.S. Mail |  | FAX |  |
|---|---|---|---|---|
|  | Hand Delivered |  | Overnight Courier |  |
|  | E-mail |  | Other |  |

/s/ William J. Miller

2