

**1225 Franklin Avenue, Suite 325**
**Garden City, New York 11530**
**Telephone: (917) 438-9189**
www.nussbaumlawgroup.com

# FIRM BIOGRAPHY

Nussbaum Law Group, PC ("NLG") is a litigation firm specializing in the prosecution of precedent-setting class litigation with the singular focus of providing the highest level of service and best results. Linda Nussbaum, the firm's founder, has been at the forefront of landmark fair competition and other complex class cases for over 40 years. The firm's experienced litigators have played leading roles in recovering billions of dollars for their clients from the world's largest corporations. The firm has repeatedly successfully represented individuals, public companies, and classes in significant and high-stakes, multifaceted litigation in courts throughout the country. Our main practice areas include antitrust, pharmaceutical, consumer, data breach, employee "no poach" and commodities manipulation class actions, as well as complex business disputes.

## MANAGING DIRECTOR: LINDA P. NUSSBAUM

Linda Nussbaum is the founder and managing director of the Nussbaum Law Group, P.C. She is nationally recognized for her representation of plaintiffs in antitrust, data breach, and pharmaceutical litigation. She has served as sole or co-lead counsel in well-over 30 class actions, in jurisdictions throughout the U.S., including many significant class actions which have resulted in substantial recoveries, many in the realm of hundreds of millions of dollars.[1] She has

---

[1] Ms. Nussbaum has served as Lead or Co-Lead counsel in 28 antitrust class actions. *In re Sorbates Direct Purchaser Antitrust Litig.*, 3:98-cv-04886-MMC (N.D.Ca.) (USDJ Maxine M. Chesney) (settled for $96 million, Nov. 2002); *In re Lorazepam & Clorazepate Antitrust Litig.*, MDL No. 1290, 99-ms-00276-TFH (D.D.C.) (Chief Judge Thomas F. Hogan) (settled for $37 million, Jun. 2003); *In re Methionine Antitrust Litig.*, MDL No. 1311, 3:00-md-01311-CRB (N.D. Ca.) (USDJ Charles R. Breyer) (settled for $107 million, Jun. 2003); *Oncology & Radiation Associates, P.A. v. Bristol-Myers Squibb Company & American Bioscience*, 1:01-cv-02313-EGS (D.D.C.) (USDJ Emmet G. Sullivan) (settled for $65.8 million, Oct. 2003); *In re Relafen Antitrust Litig.*, 01-cv-12239 (D. Mass.)-*Meijer, Inc. v. SmithKline Beecham*, 01-cv-12239-WGY (D. Mass.) (Chief Judge William G. Young) (settled for $175 million, Apr. 2004); *In re Microcrystalline Cellulose Antitrust Litig.*, MDL No. 1402, 01-cv-00111-TNO (E.D. Pa.) (USDJ Thomas N. O'Neill Jr.) (settled for $50 million, Nov. 2006); *In re Plastics Additives Antitrust Litig.*, MDL No. 1684, 03-cv-02038-LDD (E.D. Pa.) (USDJ Legrome D. Davis) (settled for $46.8 million, Jun. 2008); *In re Remeron Direct Purchaser Antitrust Litig.*, Master Docket 02-2007-FSH (D.N.J.) (settled for $75 million, Nov. 2005)-*Meijer, Inc. v. Organon, Inc.*, 2:03-cv-0085-FSH (D.N.J.) (USDJ Faith S. Hochberg); *In re Foundry Resins Antitrust Litig.*, MDL No. 1638, 04-md-01638-GLF (S.D. Ohio) (USDJ Gregory L. Frost) (settled for $14.1 million, Mar. 2008); *North Shore Hematology-Oncology Associates, P.C. v. Bristol-Myers Squibb Co.*,



successfully managed those cases with collegiality, effectiveness, and efficiency, in accordance with the letter and spirit of Rule 1.

In the data breach class action field, as one of the two co-lead counsel in *In re Morgan Stanley Data Security Litigation* (S.D.N.Y.), Ms. Nussbaum recently led the effort to secure a $60 million non-reversionary cash fund and additional settlement benefits valued at over $8 million for 15 million class members. The settlement was novel, creative and tailored to address the specific facts of that case, including attaining Morgan Stanley's commitment to hire experts to continue an effort to recover missing IT devices involved in the breach. The settlement secured financial account monitoring for the entire class for ten years. In that case, Plaintiffs' counsel served twenty third-party subpoenas; worked with several cyber forensic experts on complex forensic analyses of the evidence; conquered many unique factual features of the case; overcame an aggressive defense that included vigorous attacks for lack of Article III standing; and negotiated with challenging objectors to the settlement, in a relentless effort to hold Morgan Stanley to account for the breach. The result was a ground-breaking settlement, achieved in record time, and which was one of the highest, if not the highest, recovery in a data security class action on a per class member basis. At the final approval hearing, S.D.N.Y. Judge Paul A. Engelmayer remarked that Plaintiffs were represented by "first-rate lawyers."

Ms. Nussbaum has extensive up-to-the-moment experience in the unique factual and legal developments, defenses and issues surrounding the breach personally identifiable healthcare data (PHI) and HIPAA law. In *In re American Medical Collection Agency, Inc., Customer Data Security*

---

1:04-cv-00248-EGS (D.D.C.) (USDJ Emmet G. Sullivan) (settled for $50 million, Nov. 2004); *In re Children's Ibuprofen Oral Suspension Antitrust Litig.*, 1:04-mc-00535-ESH (D.D.C.)-*Meijer, Inc. v. Perrigo Company and Alpharma Inc.* (D.D.C.) (USDJ Ellen S. Huvelle) (settled for $9.7 million, Apr. 2006); *In re Rubber Chemicals Antitrust Litig.*, 04-md-01648 (N.D. Ca.) (USDJ Maxine M. Chesney) (settled for $319.5 million, Nov. 2006); *Meijer, Inc. v. Warner Chilcott Holdings Co. III, Ltd.*, 05-cv-02195-CKK (D.D.C.) (USDJ Colleen Kollar-Kotelly) (settled for $22 million, Apr. 2009); *In re DDAVP Direct Purchaser Antitrust Litig.*, 05-cv-02237-CS (S.D.N.Y.) (USDJ Cathy Seibel) (settled for $30.25 million, Nov. 2011); *Meijer, Inc. v. Abbott Laboratories*, 07-cv-05985-CW (N.D. Ca.) (USDJ Claudia Wilkin) (settled for $52 million, Aug. 2011); *Meijer, Inc. v. Braintree Laboratories, Inc.*, 07-cv-00143 (D. Del.) (Special Master B. Wilson Redfearn); *Castro v. Sanofi Pasteur, Inc.*, 2:11-cv-07178-JMV-JBC (D.N.J.) (USDJ Jose L. Linares) (settled for $61.5 million); *Meijer, Inc. v. Warner Chilcott Public Limited Company*, 12-cv-03824-PSD (E.D. Pa.) (USDJ Paul S. Diamond); *In re Aluminum Warehousing Antitrust Litig.*, 1:13-md-02481-PAE (S.D.N.Y.) (USDJ Paul A. Engelmayer); *In re Zinc Antitrust Litig.*, 2:14-cv-03728-PAE (S.D.N.Y.) (USDJ Paul A. Engelmayer); *IV Saline Solutions Antitrust Litig.*, *Washington County Health Care Authority, Inc. v. Baxter International Inc.*, 1:16-cv-10324-JJT (N.D.Ill.) (USDJ John J. Tharp Jr.); *In re Outpatient Medical Center Employee Antitrust Litig.*, 1:21-cv-00305-ARW-SRH (N.D. Ill.); *In re Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litig.*, 1:19-md-2895-CFC (D. Del); *In re Actos Direct Purchaser Antitrust Litig.*, 1:13-cv-09244-RA-SDA (S.D.N.Y.); and *In re Vascepa Antitrust Litig. Direct Purchaser Plaintiffs*, 3:21-cv-12747-ZNQ-LHG (D.N.J.); *In re Morgan Stanley Data Security Litig.*, 20-cv-5914-PAE (S.D.N.Y).



*Breach Litigation, MDL 2904* (D.N.J.), Ms. Nussbaum serves as co-lead counsel of the LabCorp Track, coordinating with a structure of counsel for three other defendant tracks, in a case involving the breach of a "Business Associate" of the covered entity LabCorp. This hard-fought healthcare breach litigation on behalf of a putative class of over 10 million LabCorp patients has almost completed fact discovery and, when certain discovery disputes are resolved, will move to expert discovery and class certification. Most recently, Ms. Nussbaum was placed in charge of over 4 million Northwell Health Plaintiffs in *In re Perry Johnson & Assoc. Med. Transcription Data Security Breach Litig.*, 24-md-03096 (E.D.N.Y).

Ms. Nussbaum served as Co-Lead Counsel for the Class in *Nanette Katz, et al. v. Einstein Healthcare Network*, Class Action Case ID No. 21040204, Philadelphia Court of Common Pleas, First Judicial District of Pennsylvania. That data breach case involved the compromised PII and PHI of patients of a number of hospitals in Philadelphia. That case was settled in September 2022. Ms. Nussbaum recently served as Co-Lead Class Counsel for a class of over 20 million Wawa customers victimized by a data breach in *In re Wawa, Inc., Data Security Litig.*, Civil Action No. 2:19-cv-06019-GEKP (E.D. Pa.). Judge Gene E.K. Pratter granted final approval of the settlement in Wawa on April 20, 2022, which settlement is presently under appeal.

Ms. Nussbaum is currently serving as Co-Lead Class Counsel for a certified Rule 23(b)(2) putative class of merchants who accept credit cards in a two-decade-long antitrust litigation challenging supra-competitive merchant fees brought against Visa, Mastercard and the major national banks in *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, 1:05-md-01720-MKB-VMS (E.D.N.Y.). She is Co-Lead Class Counsel in cutting-edge labor litigation representing a putative class of employees challenging anticompetitive "no poach" agreements in *In re Outpatient Medical Center Employee Antitrust Litig.*, 1:21-cv-00305-ARW-SRH (N.D. Ill.).

Ms. Nussbaum was selected "Litigator of the Week" by the AMLAW LITIGATION DAILY for her lead trial counsel role in *Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals v. Pfizer*, *Inc.* (D. Mass) where, following six years of litigation, after a six-week trial in Boston, a jury returned a RICO verdict for her clients. The jury returned a verdict for her client, Kaiser, for over $47 million, which was statutorily trebled to over $142 million. Following the trial, Judge Patti Saris commented that: "[this was] a fabulous trial[.] [I]t's the kind of thing that you become a judge to sit on." Ms. Nussbaum was also co-lead and trial counsel for a class of antitrust plaintiffs in *Meijer, Inc. v. Abbott Laboratories* (N.D. Cal.). She was named as a finalist for Public Justice Foundation's 2011 Trial Lawyer of the Year award. She has repeatedly been selected by Global Competition Review as being among the world's leading competition lawyers.

Ms. Nussbaum has lectured extensively about various aspects of antitrust and class action law at the American Antitrust Institute Private Enforcement Conference, and the American Bar Association, Section of Antitrust Law Spring Meetings. She has been a member of the American Law Institute (ALI) for over 15 years, and is a long-time advisory board member of the American Antitrust Institute. She is also on the Board of Savvy Ladies, a not-for-profit women's legal and financial resource organization.

Recently, Judge Paul A. Engelmayer in approving the settlement and fee *in In re Zinc Antitrust Litigation*, 14 Civ. 3728 complimented Ms. Nussbaum and her co-lead counsel stating:

> I have been truly impressed by counsel's work in the case. I wish the caliber of lawyering in this case was the model for all cases before me.

Ms. Nussbaum is presently serving in the following leadership positions:

- *In re Fragrance Direct Purchaser Antitrust Litigation,* No. 23-2174-WJM (D.N.J.) (Lead).
- *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation, MDL 2904* (D.N.J.) (Lead)
- *In re Wawa, Inc. Data Security Litigation* (E.D. Pa.) (Lead)
- *Nanette Katz, et al. v. Einstein Healthcare Network* (Class Action Case ID No. 21040204, Philadelphia Court of Common Pleas, First Judicial District of Pennsylvania) (Lead)
- *In re Samsung Customer Data Security Breach Litigation* (D.N.J.) (Chair of Discovery)
- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* (E.D.N.Y.) (Lead)
- *In re Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation* (D. Del) (Lead)
- *In re Actos Direct Purchaser Antitrust Litigation* (S.D.N.Y.) (Lead)
- *In re Generic Drugs Pricing Antitrust Litigation* (E.D. Pa.) (Plaintiff Steering Committee)
- *In re Bank of Nova Scotia Spoofing Litigation* (D.N.J.) (Lead)
- *In re Outpatient Medical Center Employee Antitrust Litigation* (N.D. Ill.) (Lead)
- *In re Vascepa Antitrust Litigation Direct Purchaser Plaintiffs* (D.N.J.) (Lead)
- *In re CentraState Healthcare Data Security Incident Litigation* (Superior Court of New Jersey Law Division: Monmouth County) (Lead)
- *In re Independent Living Systems Data Breach Litigation* (S.D. Florida) (Plaintiffs Executive Committee)
- *In re Perry Johnson & Assoc. Med. Transcription Data Security Breach Litig.*, (E.D.N.Y) (Attorney in charge of over 4 million Northwell Health Plaintiffs).

Ms. Nussbaum received her B.A. *magna cum laude* from Brooklyn College, her Juris Doctor with honors from the National Law Center, George Washington University Law School, and her LLM in Taxation from New York University Law School.

**OF COUNSEL: SUSAN R. SCHWAIGER**

Susan Schwaiger practices in the areas of antitrust, commodities manipulation, data breach, and employee "no poach" litigation, with experience in cases involving a wide variety of industries including banking and financial services, pharmaceuticals, healthcare and chemicals. Ms. Schwaiger has worked closely with Linda Nussbaum for over 24 years and played a significant role in many of the cases in which Ms. Nussbaum served as lead counsel including:

- *In re Morgan Stanley Data Security Litigation* (S.D.N.Y.)
- *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation,* MDL 2904 (D.N.J.)
- *In re Outpatient Medical Center Employee Antitrust Litigation* (N.D. Ill.)
- *In re Lorazepam & Clorazepate Antitrust Litigation* (D.D.C.)
- *In re Microcrystalline Cellulose Antitrust Litigation* (E.D. Pa.)

- *In re Plastics Additives Antitrust Litigation* (E.D. Pa.)
- *In re Foundry Resins Antitrust Litigation* (S.D. Ohio)
- *In re Rubber Chemicals Antitrust Litigation* (N.D. Cal.)

In addition, Ms. Schwaiger has, with Ms. Nussbaum, represented large companies as individual litigants in *In re Payment Card Interchange Fee and Merchant Antitrust Litigation* (E.D.N.Y.) and *In re Packaged Seafood Products Antitrust Litigation* (S.D. Cal.).

Ms. Schwaiger graduated from the University of Tennessee (Knoxville) with a Bachelor of Science degree from the College of Arts and Sciences in 1971.  She received a M.A. degree from the University of Kentucky (Lexington) in 1973.  She received her Juris Doctor, *cum laude*, from Brooklyn Law School in 1992, where she was a member of the BROOKLYN LAW REVIEW.

## OF COUNSEL: PETER E. MORAN

Peter Moran is counsel to Nussbaum Law Group.  Prior to joining the firm, Mr. Moran was an associate with an international law firm in New York City in its Global Competition and Commercial Litigation groups where he represented commercial clients on a variety of antitrust and complex commercial litigation issues, including violations of the federal and state antitrust and consumer protection laws, antitrust compliance, internal investigations, individual civil and criminal liability and responding to federal and foreign regulators. Mr. Moran focuses his practice on antitrust cases in the financial marketplace and pharmaceutical industry, where he handles all stages of litigation from investigation and inception through trial. Mr. Moran received a B.A. degree in English from the State University of New York at Albany.  He graduated *cum laude* from Brooklyn Law School in 2009, where he was a member of the BROOKLYN LAW SCHOOL JOURNAL OF INTERNATIONAL LAW and Moot Court Honor Society and recipient of several academic awards.

## OF COUNSEL: TANYA KORKHOV

Tanya Korkhov is Counsel at Nussbaum Law Group.  Ms. Korkhov has extensive experience in class actions and complex litigation matters.  Prior to joining the firm, Tanya was associated with several nationally recognized firms, where her practice focused on actions brought pursuant to the Employee Retirement Income Security Act of 1974 (ERISA), and other complex litigation to enforce the rights of investors, employees, and everyday consumers. Tanya has played a significant role in a number of high-profile recoveries

Tanya earned her J.D. degree at the Benjamin N. Cardozo School of Law, where she was selected for the Securities Arbitration Clinic and represented Cardozo on a four-member team at the 2004 and 2005 annual Willem C. Vis International Commercial Arbitration Moot held in Vienna, Austria. Subsequently, Tanya served as a volunteer team coach and judge for the Vis Moot.  Tanya holds a Certificate in Dispute Resolution, awarded by Cardozo's Kukin Program for Conflict Resolution.

## SENIOR ASSOCIATE: MEGHAN TALBOT

Meghan Talbot is a senior associate at Nussbaum Law Group. Ms. Talbot focuses her practice on antitrust matters in the pharmaceutical and financial industries.  She has been a key member of trial and appellate teams and has deep experience in litigating complex class



actions.  Prior to joining the firm, Ms. Talbot practiced with an international plaintiff-side firm in its Global Competition group.  Before that, she was an associate at a prominent class action boutique representing institutional clients in antitrust and securities matters. Ms. Talbot received her B.A. in Economics from Bryn Mawr College, and her J.D. from Villanova Law School.

### ASSOCIATE: LAUREN KOSTMAN

Lauren Kostman is an associate at Nussbaum Law Group.  Prior to joining the firm, Ms. Kostman was an associate with an international law firm in New York City in its Antitrust, Litigation, and White Collar Defense groups.  Ms. Kostman's practice focuses on antitrust and other complex commercial litigation. She has represented domestic and international clients in federal and state courts, in addition to government-facing investigations. Ms. Kostman received her Bachelor of Arts *summa cum laude* from Baruch College, and her J.D. Order of the Coif, *magna cum laude* from Cardozo School of Law where she was the Managing Editor of the CARDOZO LAW REVIEW.

### ASSOCIATE:  JAMES T. PERELMAN

James Perelman is an associate at Nussbaum Law Group.  Prior to joining the firm, Mr. Perelman worked with several prominent plaintiffs' class action firms, working specifically on antitrust matters.  Previously, he served as a Judicial Fellow in the Court of Common Pleas of Philadelphia County, Civil Trial Division. Mr. Perelman received his B.A. degree in Politics from Brandeis University in 2010 and received his Juris Doctor in 2014 from Tulane University Law School, where he was the Business Editor of the TULANE JOURNAL OF INTERNATIONAL AND COMPARATIVE LAW.

### CHIEF OPERATING OFFICER: ZACH SHUTRAN

Zach Shutran leads all administrative and operational functions of the firm.  He also plays a significant role in the firm's e-discovery and case development efforts. Mr. Shutran received his B.A. degree from Colgate University in 2012, and his Juris Doctor from Brooklyn Law School in 2018.